**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 2, 2024

<u>**BY ECF**</u>
The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    **Re:** <u>**United States v. Jesse Shaw**</u>**,
24 Cr. 75 (NRB)**

Dear Judge Buchwald:

    I write to request that the Court modify the conditions of Mr. Shaw's bail release to replace the condition of home detention with a curfew to be set at the discretion of Pretrial Services.

    Mr. Shaw has been generally compliant with federal Pretrial supervision since his release in January, and he maintains employment at a restaurant. Pretrial Services has no objection to moving him to curfew at this time. The government defers to Pretrial Services.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc:    AUSA Rebecca Delfiner

```
Application granted.
SO ORDERED.
```

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated: July 9, 2024
       New York, New York